

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-22-00745-CV

**IN RE CHRISTUS SANTA ROSA HEALTH CARE CORPORATION D/B/A CHRISTUS SANTA ROSA HOSPITAL - WESTOVER HILLS**

Original Proceeding[1]

**ORDER**

On November 3, 2022, relator filed a petition for writ of mandamus. Relator also filed a motion to stay a discovery order pending final resolution of the petition for writ of mandamus, which this court granted on November 4, 2022. After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on November 4, 2022 is **LIFTED**.

It is so **ORDERED** on January 11, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2022-CI-01107, styled *Sharon Kay Goodman v. Christus Santa Rosa Health Care Corporation d/b/a Christus Santa Rosa Hospital - Westover Hills and Franklin Dale Barber*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.